David K. W. Wilson, Jr.
Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA
401 North Last Chance Gulch
Helena, MT  59601
(406) 442-3261
(406) 443-7294 (Fax)
kwilson@mswdlaw.com
rfolsen@mswdlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION**

| | |
|---|---|
| DONNA HARTELIUS<br><br>　　　　Plaintiff,<br><br>v.<br><br>FINANCIAL CREDIT SERVICE, INC., d/b/a ASSET RECOVERY ASSOCIATES, INC, f/k/a ARA INC.,<br><br>　　　　Defendant. | Cause No.: 4:18-CV-00064-BMM<br><br>**NOTICE OF PRELIMINARY SETTLEMENT** |

　　　Plaintiff, Donna Hartelius through counsel David K. W. Wilson, Jr., MORRISON, SHERWOOD, WILSON & DEOLA, PLLP, hereby reports to the Court that the Plaintiff has reached a preliminary settlement of this matter with respect to Defendant ARA (who has been served but has not appeared). Pursuant to the terms of the settlement, the Parties expect to finalize the settlement by July 1, 2018, and

Plaintiff requests that the Court grant the parties until July 6, 2018 to file the Notice of Dismissal.

DATED this 30th day of May, 2018.

> By: /s/ David K. W. Wilson, Jr.
> David K. W. Wilson, Jr.
> Morrison Sherwood Wilson & Deola PLLP
> *Attorneys for Plaintiff*