David K. W. Wilson, Jr.
Robert Farris-Olsen
MORRISON, SHERWOOD, WILSON & DEOLA
401 North Last Chance Gulch
Helena, MT  59601
(406) 442-3261
(406) 443-7294 (Fax)
kwilson@mswdlaw.com
rfolsen@mswdlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA, GREAT FALLS DIVISION

| | |
|---|---|
| DONNA HARTELIUS,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL CREDIT SERVICE, INC., d/b/a ASSET RECOVERY ASSOCIATES, INC, f/k/a ARA INC.,<br><br>Defendant. | Cause No.: 4:18-CV-00064-BMM<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Donna Hartelius, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notifies the court of the dismissal of this suit against Financial Credit Service, Inc., d/b/a Asset Recovery Associates, Inc., f/k/a ARA Inc. A proposed order of dismissal is included for the Court's convenience.

DATED this 3rd day of July, 2018.

> By: /s/ Robert Farris-Olsen
> Robert Farris-Olsen
> David K. W. Wilson, Jr.
> Morrison Sherwood Wilson & Deola PLLP
> *Attorneys for Plaintiff*