# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA,
# GREAT FALLS DIVISION

| | |
|---|---|
| DONNA HARTELIUS<br><br>    Plaintiff,<br><br>v.<br><br>FINANCIAL CREDIT SERVICE, INC., d/b/a ASSET RECOVERY ASSOCIATES, INC, f/k/a ARA INC.,<br><br>    Defendant. | Cause No.: 4:18-CV-00064-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Donna Hartelius has moved this Court to dismiss her case with prejudice because the parties have reached a full and final resolution.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter is dismissed, with prejudice, each party to bear its costs and attorney's fees incurred herein.

DATED this 9th day of July, 2018.

_____
Brian Morris
United States District Court Judge